Overruled by

O-7314

V-284